UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WILLIE B. GAINES, JR.                                                                                    PLAINTIFF

V.                                                       CIVIL ACTION NO. 3:13CV205 DPJ-FKB
                                                         CONSOLIDATED WITH 3:13CV203 DPJ-FKB

TYRONE LEWIS, ET AL.                                                                                 DEFENDANTS

ORDER

This pro se prisoner action is before the Court on motion of Defendant Dr. Sutton to dismiss [19] Plaintiff's claims against him pursuant to Federal Rule of Civil Procedure 12(b)(6).[1] Dr. Sutton points out that his name only appears once in Plaintiff's initial Complaint [1] and not at all in Plaintiff's Amended Complaint [8] and asserts that Plaintiff has failed to state a claim against him. Plaintiff has not responded to the motion, and the time to do so has now passed.

Accordingly, the Court finds Dr. Sutton's unopposed motion to dismiss [19] should be granted. Plaintiff's claims against Dr. Sutton are dismissed without prejudice; Dr. Sutton may be terminated as a Defendant in both actions.

**SO ORDERED AND ADJUDGED** this the 23rd day of December, 2013.

                                                                        s/ *Daniel P. Jordan III*
                                                                        UNITED STATES DISTRICT JUDGE

---

[1] All docket entries refer to 3:13cv205 DPJ-FKB.