UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WILLIE B. GAINES, JR.                                                                               PLAINTIFF

V.                                                        CIVIL ACTION NO. 3:13CV205 DPJ-FKB
                                                          CONSOLIDATED WITH 3:13CV203 DPJ-FKB

TYRONE LEWIS, ET AL.                                                                           DEFENDANTS

ORDER

This pro se prisoner action is before the Court on two motions by Plaintiff for production of documents [19, 25].[1]  Because this action has been consolidated and this case—3:13CV205 DPJ-FKB—is now the member case, all filings should be made in the lead case—3:13CV203 DPJ-FKB.

Plaintiff's motions for production of documents [19, 25] are terminated.  If he wishes to pursue the relief sought in these motions, he should refile them in 3:13CV203 DPJ-FKB.

**SO ORDERED AND ADJUDGED** this the 23th day of December, 2013.

                                        s/ *Daniel P. Jordan III*
                                        UNITED STATES DISTRICT JUDGE

---

[1] The docket entries cited in this Order refer to 3:13cv205 DPJ-FKB.